**Tuesday Morning Corporation**  
DIP Budget  
($ in millions)

**WORKING DRAFT**  
**SUBJECT TO MATERIAL REVISION**

| Week # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ending | 2/14 - 2/18 | 2/25 | 3/4 | 3/11 | 3/18 | 3/25 | 4/1 | 4/8 | 4/15 | 4/22 | 4/29 | 5/6 | 5/13 | 5/20 | 5/27 | 6/3 | 6/10 | 6/17 | 6/24 | 7/1 |
| Operating Receipts | $10.7 | $15.6 | $15.5 | $15.5 | $14.0 | $13.3 | $10.4 | $7.0 | $5.8 | $5.8 | $7.5 | $6.4 | $6.4 | $6.3 | $6.3 | $6.1 | $6.0 | $6.0 | $6.0 | $6.0 |
| **Operating Disbursements** | | | | | | | | | | | | | | | | | | | | |
| Merchandise | -2.3 | -1.8 | -3.0 | -2.3 | -2.2 | -2.4 | -2.8 | -2.7 | -2.9 | -3.0 | -3.1 | -3.2 | -3.1 | -2.7 | -2.6 | -2.7 | -2.6 | -2.5 | -2.6 | -2.7 |
| Freight | -0.6 | -0.6 | -0.7 | -0.7 | -0.7 | -0.7 | -0.6 | -0.6 | -0.6 | -0.6 | -0.6 | -0.5 | -0.5 | -0.5 | -0.5 | -0.6 | -0.6 | -0.6 | -0.6 | -0.6 |
| Liquidation Expenses | -0.0 | -- | -0.0 | -0.2 | -0.2 | -0.2 | -0.2 | -0.6 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Payroll, Taxes & Benefits | -4.3 | -3.5 | -2.2 | -2.3 | -2.7 | -1.9 | -2.7 | -2.2 | -2.0 | -0.8 | -2.0 | -0.8 | -2.0 | -0.8 | -2.0 | -0.9 | -0.8 | -1.9 | -0.8 | -1.9 |
| Workers Compensation | -0.0 | -0.0 | -0.0 | -0.1 | -0.0 | -0.0 | -0.0 | -0.1 | -0.0 | -0.0 | -0.0 | -0.0 | -0.1 | -0.0 | -0.0 | -0.0 | -0.1 | -0.0 | -0.0 | -0.0 |
| Occupancy Costs (Rent & Utilities) | -0.9 | -0.4 | -5.4 | -0.4 | -0.4 | -0.4 | -2.6 | -0.7 | -0.3 | -0.3 | -2.5 | -0.7 | -0.3 | -0.3 | -0.3 | -2.5 | -0.6 | -0.3 | -0.3 | -0.2 |
| Sales Tax | -- | -3.0 | -- | -- | -- | -3.7 | -- | -- | -- | -4.4 | -- | -- | -- | -1.6 | -- | -- | -- | -- | -1.7 | -- |
| Other | -1.3 | -0.5 | -0.5 | -2.6 | -0.5 | -0.5 | -0.5 | -0.4 | -0.4 | -0.4 | -0.4 | -0.3 | -0.3 | -0.3 | -0.3 | -0.3 | -0.3 | -0.3 | -0.3 | -0.3 |
| Subtotal | -9.5 | -9.9 | -11.9 | -8.5 | -6.8 | -9.9 | -9.4 | -7.3 | -6.3 | -9.6 | -8.7 | -5.6 | -6.3 | -6.3 | -5.8 | -7.1 | -5.0 | -5.8 | -6.4 | -5.8 |
| **Operating Cash Flow** | 1.1 | 5.7 | 3.5 | 7.0 | 7.3 | 3.4 | 1.0 | -0.3 | -0.5 | -3.8 | -1.1 | 0.8 | 0.0 | -0.0 | 0.4 | -0.9 | 1.1 | 0.3 | -0.3 | 0.2 |
| **Non-Operating Receipts** | | | | | | | | | | | | | | | | | | | | |
| DIP Funding | 25.0 | -- | -- | -- | -- | -- | -- | 1.1 | 0.8 | 4.2 | 2.9 | -- | 0.2 | 0.2 | 0.1 | 0.4 | -- | -- | -- | -- |
| Subtotal | 25.0 | -- | -- | -- | -- | -- | -- | 1.1 | 0.8 | 4.2 | 2.9 | -- | 0.2 | 0.2 | 0.1 | 0.4 | -- | -- | -- | -- |
| **Non-Operating & Restr. Disbursements** | | | | | | | | | | | | | | | | | | | | |
| Restructuring Costs | -0.5 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | 0.5 | -- | -- | -- | -- | -- | -- | -- | -- |
| Wells Fargo Monitoring Costs | -0.3 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | 0.3 |
| Rest. Professional Fees | -1.8 | -0.4 | -0.8 | -0.4 | -1.4 | -0.4 | -0.8 | -0.7 | -0.3 | -0.3 | -0.6 | -0.5 | -0.2 | -0.2 | -0.5 | -0.4 | -0.2 | -0.2 | -0.5 | -0.4 |
| ABL Repayment | -1.0 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| FILO B Repayment | -7.4 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Bridge Promissory Note Payment | -3.9 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| DIP Interest & Fees | -4.6 | -0.3 | -0.2 | -0.3 | -0.3 | -0.1 | -0.1 | -0.0 | -0.0 | -0.1 | -0.1 | -0.1 | -0.0 | -0.0 | -0.0 | -0.1 | -0.0 | -0.0 | -- | -0.1 |
| DIP Repayment | -- | -6.8 | -2.6 | -6.2 | -5.6 | -2.8 | -0.2 | -- | -- | -- | -- | -0.8 | -- | -- | -- | -- | -0.1 | -0.1 | -- | -- |
| FILO C Interest & Fees | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| TL Net FF&E Payment | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -1.1 | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Subtotal | -19.4 | -7.5 | -3.6 | -6.9 | -7.3 | -3.4 | -1.1 | -0.7 | -0.3 | -0.5 | -1.8 | -0.8 | -0.2 | -0.2 | -0.5 | -0.5 | -0.3 | -0.3 | -0.2 | -0.5 |
| **Non-Operating Cash Flow** | 5.6 | -7.5 | -3.6 | -6.9 | -7.3 | -3.4 | -1.1 | 0.4 | 0.5 | 3.8 | 1.1 | -0.8 | -0.0 | 0.0 | -0.4 | -0.1 | -0.3 | -0.3 | -0.2 | -0.5 |
| **Change in Cash** | $6.7 | -$1.8 | -$0.1 | $0.1 | -- | -- | -$0.1 | $0.1 | -- | -- | -- | -$0.0 | $0.0 | -- | -- | -$1.0 | $0.8 | -- | -$0.6 | -$0.3 |
| Begin Cash | $0.1 | $6.8 | $5.0 | $4.9 | $5.0 | $5.0 | $5.0 | $4.9 | $5.0 | $5.0 | $5.0 | $5.0 | $5.0 | $5.0 | $5.0 | $5.0 | $4.0 | $4.8 | $4.8 | $4.2 |
| Change in Cash | 6.7 | -1.8 | -0.1 | 0.1 | -- | -- | -0.1 | 0.1 | -- | -- | -- | -0.0 | 0.0 | -- | -- | -1.0 | 0.8 | -- | -0.6 | -0.3 |
| End Cash | 6.8 | 5.0 | 4.9 | 5.0 | 5.0 | 5.0 | 4.9 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 4.0 | 4.8 | 4.8 | 4.2 | 3.9 |
| **Financial Covenants** | | | | | | | | | | | | | | | | | | | | |
| Receipts Covenant ($M) | $9.6 | $23.6 | $37.5 | $51.5 | $54.5 | $52.5 | $48.0 | $40.3 | $32.9 | $26.1 | $23.6 | $23.0 | $23.5 | $23.9 | $22.7 | $22.5 | $22.2 | $22.0 | $21.8 | $21.7 |
| Disbursement Covenant ($M) | -$10.5 | -$22.2 | -$36.5 | -$46.7 | -$45.5 | -$45.3 | -$42.4 | -$41.1 | -$39.0 | -$38.6 | -$37.5 | -$34.8 | -$34.7 | -$30.8 | -$27.5 | -$29.6 | -$28.1 | -$27.5 | -$27.8 | -$26.4 |
| Inventory Covenant ($M) | $30.0 | $30.0 | $30.0 | $30.0 | $30.0 | $30.0 | $30.0 | $30.0 | $30.0 | $30.0 | $30.0 | $30.0 | $30.0 | $30.0 | $30.0 | $30.0 | $30.0 | $30.0 | $30.0 | $30.0 |
| LTV Covenant Ratio % | 65% | 65% | 65% | 65% | 65% | 65% | 65% | 65% | 65% | 65% | 65% | 65% | 65% | 65% | 65% | 65% | 65% | 65% | 65% | 65% |

Exhibit 15