**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Tuesday Morning Corporation, et al.,[1] | § | Case No. 23-90001 |
| | § | |
| Debtors. | § | Joint Administration Requested |

**CERTIFICATE OF SERVICE**

I, James Nguyen-Phan, depose and say that I am employed by Stretto, the proposed claims and noticing agent for the Debtors in the above-captioned cases.

On February 15, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **Exhibit A**:

- **Debtors' Emergency Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364 (I) Authorizing the Debtors to (A) Use Cash Collateral on a Limited Basis, and (B) Obtain Postpetition Financing on a Secured, Superpriority Basis, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing, and (IV) Granting Related Relief** (Docket No. 42)

- **Debtors' Emergency Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364 (I) Authorizing the Debtors to (A) Use Cash Collateral on a Limited Basis, and (B) Obtain Postpetition Financing on a Secured, Superpriority Basis, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing, and (IV) Granting Related Relief** (Docket No. 43)

- **Declaration of Dell Young in Support of the Debtors' Chapter 11 Petitions and First Day Motions** (Docket No. 45)

[SPACE LEFT INTENTIONALLY BLANK]

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Tuesday Morning Corporation (8532) ("TM Corp."); TMI Holdings, Inc. (6658) ("TMI Holdings"); Tuesday Morning, Inc. (2994) ("TMI"); Friday Morning, LLC (3440) ("FM LLC"); Days of the Week, Inc. (4231) ("DOTW"); Nights of the Week, Inc. (7141) ("NOTW"); and Tuesday Morning Partners, Ltd. (4232) ("TMP"). The location of the Debtors' service address is 6250 LBJ Freeway, Dallas, TX 75240.

Furthermore, on February 15, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on the service list attached hereto as **Exhibit B**:

- **Declaration of Andrew T. Berger in Support of Debtors' Chapter 11 Petitions and First-Day Motions** (Docket No. 65)

| | |
|---|---|
| Dated: February 15, 2023 | */s/ James Nguyen-Phan* <br> James Nguyen-Phan <br> STRETTO <br> 410 Exchange, Suite 100 <br> Irvine, CA 92602 <br> (855) 202-8673 <br> TuesdayMorningInquiries@Stretto.com |

# Exhibit A

STRETTO

Exhibit A
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 6250 LYNDON B JOHNSON FWY, DALLAS, TX 75240 - BP, LLC | C/O HAYWARD PLLC | ATTN: RON SATIJA | RSATIJA@HAYWARDFIRM.COM |
| AMERICAN CRAFTS | ATTN: BRUCE GWILLIAM | | BRUCEG@AMERICANCRAFTS.COM |
| AZZURE HOME INC | ATTN: TAL CHALOUH | | TAL_CHALOUH@AZZUREHOME.COM |
| BANC FIRST | ATTN TARA DEAVOURS | | TARA.DEAVOURS@BANFIRST.BANK |
| BANK OF AMERICA | ATTN SUNIL VARGHESE | | SUNIL.VARGHESE@BAML.COM |
| BAREFOOT DREAMS, INC | ATTN: BANKRUPTCY AND LEGAL DEPARTMENTS | | HELP@BAREFOOTDREAMS.COM |
| BEXAR COUNTY, ECTOR CAD, CITY OF EL PASO | C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DON STECKER | SANANTONIO.BANKRUPTCY@LGBS.COM |
| BLUE SKY | ATTN: KEN KING | | KEN@BLUESKYCLAYWORKS.COM |
| BROOKFIELD PROPERTIES RETAIL, INC. | ATTN: KRISTEN N. PATE | | BK@BPRETAIL.COM |
| CHASE | ATTN JENNIFER BISHOP | | JENNIFER.BISHOP@JPMORGAN.COM |
| CITIZENS BANK | ATTN LISA FINN | | LISA.FINN@CITIZENSBANK.COM |
| CITY OF GARLAND, GARLAND ISD, CARROLLTON-FARMERS BRANCH ISD, PLANO ISD, FRISCO ISD | C/O PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: LINDA D. REECE | LREECE@PBFCM.COM |
| COUNSEL FOR THE ABL AGENT | C/O CHOATE, HALL & STEWART LLP | ATTN: KEVIN J. SIMARD AND JONATHAN D. MARSHALL | KSIMARD@CHOATE.COM JMARSHALL@CHOATE.COM |
| COUNSEL FOR THE AD HOC GROUP | C/O KIRKLAND & ELLIS LLP | ATTN: RYAN BLAINE BENNETT, P.C. AND PATRICIA WALSH LOUREIRO | RBENNETT@KIRKLAND.COM PATRICIA.WALSH@KIRKLAND.COM |
| COUNSEL FOR THE DIP AGENT | C/O POLSINELLI, P.C. | ATTN: LIZ BOYDSTON | LBOYDSTON@POLSINELLI.COM |
| CRYSTAL ART OF FLORIDA INC | ATTN: ELENA MENDEZ | | ELENAM@CRYSTALARTGALLERY.COM |
| DISTRICT OF COLUMBIA | OFFICE OF THE ATTORNEY GENERAL | | OAG@DC.GOV |
| DYNAMIC RUGS | ATTN: MATTHEW ROUHANIAN | | MATTHEW@DYNAMICRUGS.COM |
| ENCHANTE ACCESSORIES, INC. | ATTN: WILLIE GOLFIN | | WILIEG@ENCH.COM |
| FIFTH THIRD BANK | ATTN STACI LIVENDALE | | STACI.LIVENDALE@53.COM |
| GODIVA CHOCOLATIER, INC | ATTN: JOE FLORES | | JOE.FLORES@GODIVA.COM |
| GORDON BROTHERS RETAIL PARTNERS, LLC | | | SFOX@RIEMERLAW.COM |
| HARRY & DAVID | ATTN: ERIK SCHENDEL | | ESCHENDEL@HARRYANDDAVID.COM |
| HDS TRADING CORP | ATTN: VICTOR GUINDI | | VICTOR@HDSTRADING.COM |
| HIGHLAND PARK ISD, CROWLEY ISD, GRAPEVINE-COLLEYVILLE ISD, CITY OF BURLESON, BURLESON ISD, JOHNSON COUNTY | C/O PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: EBONEY COBB | EMCCAIN@PBFCM.COM |
| HOME ESSENTIALS AND BEYOND INC | ATTN: LOUELDA SANTOS | | LSANTOS@HOMEESS.COM |
| HOMEVIEW DESIGN INC | ATTN: EDMUND TONG | | EDMUND@HOMEVIEWDESIGN.COM |
| INVICTUS GLOBAL MANAGEMENT, LLC | C/O POLSINELLI PC | ATTN: CARYN E. WANG, ASHLEY D. CHAMPION | CEWANG@POLSINELLI.COM ACHAMPOIN@POLSINELLI.COM |

**STRETTO**

**Exhibit A**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| INVICTUS GLOBAL MANAGEMENT, LLC | C/O POLSINELLI PC | ATTN: LIZ BOYDSTON | LBOYDSTON@POLSINELLI.COM |
| K HALL STUDIO, LLC | ATTN: SCOTT MILLER | | INFO@KHALLSTUDIO.COM SCOTTMILLER@KHALLSTUDIO.COM |
| KIMCO REALTY CORPORATION | c/o SINGER & LEVICK, P.C. | ATTN: MICHELLE E. SHRIRO, ESQ. | MSHRIRO@SINGERLEVICK.COM |
| L R RESOURCES INC | ATTN: FORAM PATEL | | FORAM@LRRESOURCES.COM |
| LEWISVILLE ISD, CITY OF FRISCO, NORTHWEST ISD, ELLIS COUNTY, SMITH COUNTY, IRVING ISD, CITY OF ALLEN, GREGG COUNTY, ROCKWALL CAD, TARRANT COUNTY, PARKER CAD, DALLAS COUNTY, ALLEN ISD, GRAYSON COUNTY, TOM GREEN CAD, HOOD CAD | C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN KENDRICK TURNER | DALLAS.BANKRUPTCY@LGBS.COM |
| LIFETIME BRANDS INC | ATTN: JULIE RODRIGUEZ | | JULIE.RODRIGUEZ@LIFETIMEBRANDS.COM |
| LOLOI RUGS | ATTN: JT LAGRANGE | | JLAGRANGE@LOLOIRUGS.COM |
| LUBBOCK CENTRAL APPRAISAL DISTRICT MIDLAND COUNTY | C/O PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: LAURA J. MONROE | LMBKR@PBFCM.COM |
| MI9 | ATTN: ALAN NEMETH | | ANEMETH@MI9RETAIL.COM |
| MICHEL DESIGN WORKS | ATTN: STUART TELLER | | STELLAR@MICHELDESIGNWORKS.COM |
| MJC CONFECTIONS LLC/DBA HAMPTON POPCORN | ATTN: MATTHEW SILBESTEIN | | MATT@HAMPTONPOPCORN.COM |
| MODE TRANSPORTATION LLC | ATTN: RICHARD ROSSI | | RICHARD.ROSSI@MODETRANSPORTATION.COM |
| ORIENTAL WEAVERS, USA | ATTN: JONATHAN WITT | | BKILGORE@OWRUGS.COM |
| PNC BANK | ATTN AMY CARENZA AND RUBY DANOS | | AMY.CARENZA@PNC.COM |
| REGIONS | ATTN ROSS MILLER | | ROSS.MILLER@REGIONS.COM |
| RICARDO BEVERLY HILLS INC | ATTN: NICKI ABBOTT | | NABBOTT@RICARDOBEVERLYHILLS.COM |
| SAM SALEM & SON | ATTN: JESSE SALEM | | JESSE@SAMSALEMSON.COM |
| SAMSONITE CORP | ATTN: JAMES B. REGO | | JAMES.REGO@SAMSONITE.COM |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: LARA SHALOV MEHRABAN | | NYROBANKRUPTCY@SEC.GOV |
| ST JAMES HOME INC | ATTN: JIAN TAO | | TAO07470@AOL.COM |
| STATE OF ALABAMA | OFFICE OF THE ATTORNEY GENERAL | | CONSUMERINTEREST@ALABAMAAG.GOV |
| STATE OF ALASKA | OFFICE OF THE ATTORNEY GENERAL | | ATTORNEY.GENERAL@ALASKA.GOV |
| STATE OF ARIZONA | OFFICE OF THE ATTORNEY GENERAL | | AGINFO@AZAG.GOV |
| STATE OF CALIFORNIA | OFFICE OF THE ATTORNEY GENERAL | | XAVIER.BECERRA@DOJ.CA.GOV |
| STATE OF COLORADO | OFFICE OF THE ATTORNEY GENERAL | | CORA.REQUEST@COAG.GOV |
| STATE OF CONNECTICUT | OFFICE OF THE ATTORNEY GENERAL | | ATTORNEY.GENERAL@CT.GOV |
| STATE OF DELAWARE | DEPARTMENT OF JUSTICE | | ATTORNEY.GENERAL@STATE.DE.US |
| STATE OF FLORIDA | OFFICE OF THE ATTORNEY GENERAL | | ASHLEY.MOODY@MYFLORIDALEGAL.COM |
| STATE OF HAWAII | OFFICE OF THE ATTORNEY GENERAL | | HAWAIIAG@HAWAII.GOV |
| STATE OF IDAHO | OFFICE OF THE ATTORNEY GENERAL | | LAWRENCE.WASDEN@AG.IDAHO.GOV |

In re: Tuesday Morning Corporation, et al.
Case No. 23-90001 (ELM)

Page 2 of 3

**STRETTO**

**Exhibit A**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| STATE OF ILLINOIS | OFFICE OF THE ATTORNEY GENERAL | | INFO@LISAMADIGAN.ORG |
| STATE OF IOWA | OFFICE OF THE ATTORNEY GENERAL | | CONSUMER@AG.IOWA.GOV |
| STATE OF KANSAS | OFFICE OF THE ATTORNEY GENERAL | | DEREK.SCHMIDT@AG.KS.GOV |
| STATE OF KENTUCKY | OFFICE OF THE ATTORNEY GENERAL | | KYOAGOR@KY.GOV |
| STATE OF LOUISIANA | OFFICE OF THE ATTORNEY GENERAL | | CONSTITUENTSERVICES@AG.LOUISIANA.GOV |
| STATE OF MARYLAND | OFFICE OF THE ATTORNEY GENERAL | | OAG@OAG.STATE.MD.US |
| STATE OF MASSACHUSETTS | OFFICE OF THE ATTORNEY GENERAL | | AGO@STATE.MA.US |
| STATE OF MICHIGAN | OFFICE OF THE ATTORNEY GENERAL | | MIAG@MICHIGAN.GOV |
| STATE OF MINNESOTA | OFFICE OF THE ATTORNEY GENERAL | | ATTORNEY.GENERAL@AG.STATE.MN.US |
| STATE OF MISSOURI | OFFICE OF THE ATTORNEY GENERAL | | CONSUMER.HELP@AGO.MO.GOV |
| STATE OF NEW HAMPSHIRE | OFFICE OF THE ATTORNEY GENERAL | NH DEPARTMENT OF JUSTICE | ATTORNEYGENERAL@DOJ.NH.GOV |
| STATE OF NEW MEXICO | OFFICE OF THE ATTORNEY GENERAL | | HBALDERAS@NMAG.GOV |
| STATE OF NORTH DAKOTA | OFFICE OF THE ATTORNEY GENERAL | | NDAG@ND.GOV |
| STATE OF OKLAHOMA | OFFICE OF THE ATTORNEY GENERAL | | QUESTIONS@OAG.OK.GOV |
| STATE OF OREGON | OFFICE OF THE ATTORNEY GENERAL | | ELLEN.ROSENBLUM@DOG.STATE.OR.US |
| STATE OF UTAH | OFFICE OF THE ATTORNEY GENERAL | | UAG@UTAH.GOV |
| STATE OF VERMONT | OFFICE OF THE ATTORNEY GENERAL | | AGO.INFO@VERMONT.GOV |
| STATE OF VIRGINIA | OFFICE OF THE ATTORNEY GENERAL | | MAIL@OAG.STATE.VA.US |
| STATE OF WEST VIRGINIA | OFFICE OF THE ATTORNEY GENERAL | | CONSUMER@WVAGO.GOV |
| STYLECRAFT HOME COLLECTION INC | ATTN: ANGELA D MONAGHAN | | AMONAGHAN@STYLECRAFT-US.COM |
| SURYA CARPET, INC | ATTN: SURYA TIWARI | | INFO@SURYA.COM |
| TENSILE CAPITAL MANAGEMENT LP | C/O KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP | ATTN: RYAN BLAINE BENNETT, P.C., PATRICIA WALSH LOUREIRO | RBENNETT@KIRKLAND.COM PATRICIA.WALSH@KIRKLAND.COM |
| TRADE LINES INC | ATTN: SUDARSHAN UPPULURI | | SUDARSHAN@TLI.COM |
| TRAMONTINA USA, INC. | ATTN: MARCOS NEVES | | ACCOUNTSRECEIVABLE@TRAMONTINA-USA.COM |
| TRUIST | ATTN JANET WHEELER | | JANET.WHEELER@BBANDT.COM |
| TURKO TEXTILE LLC. | ATTN: NURI EMRE ARAZ | | NURI@ENCHANTEHOME.COM |
| TYLER INDEPENDENT SCHOOL DISTRICT | C/O PERDUE BRANDON FIELDER COLLINS & MOTT, LLP | ATTN: MEME L. THOMAS | MTHOMAS@PBFCM.COM TYLBKC@PBFCM.COM |
| UMA ENTERPRISES, INC | ATTN: YVONNE FONG | | YVONNE@UMAINC.COM |
| US BANK | ATTN LORRAINE DIRKS | | LORRAINE.DIRKS@USBANK.COM |
| WELLS FARGO | ATTN GINGER GIDDEN-WEINZIERL | | GINGER.GIDDEN@WELLSFARGO.COM |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | C/O CHOATE, HALL & STEWART LLP | ATTN: KEVIN J. SIMARD, JONATHAN D. MARSHALL, JEAN-PAUL JAILLET, JACOB S. LANG | KSIMARD@CHOATE.COM JMARSHALL@CHOATE.COM JJAILLET@CHOATE.COM JSLANG@CHOATE.COM |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | C/O WINSTEAD PC | ATTN: PHILLIP LAMBERSON, ANNMARIE CHIARELLO | PLAMBERSON@WINSTEAD.COM ACHIARELLO@WINSTEAD.COM |
| YMF CARPET INC | ATTN: KELLY ADDESSI | | KADDESSI@YMFINC.COM |

# **Exhibit B**

![STRETTO]

**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 1903P LOAN AGENT, LLC | C/O OTTERBOURG, P.C. | ATTN: CHAD B. SIMON, ADAM C. SILVERSTEIN, JOHN BOUGIAMAS | CSIMON@OTTERBOURG.COM ASILVERSTEIN@OTTERBOURG.COM JBOUGIAMAS@OTTERBOURG.COM |
| 1903P LOAN AGENT, LLC | C/O REED SMITH LLP | ATTN: OMAR J. ALANIZ, TAYLRE JANAK | OALANIZ@REEDSMITH.COM TJANAK@REEDSMITH.COM |
| 6250 LYNDON B JOHNSON FWY, DALLAS, TX 75240 - BP, LLC | C/O HAYWARD PLLC | ATTN: RON SATIJA | RSATIJA@HAYWARDFIRM.COM |
| AMERICAN CRAFTS | ATTN: BRUCE GWILLIAM | | BRUCEG@AMERICANCRAFTS.COM |
| AZZURE HOME INC | ATTN: TAL CHALOUH | | TAL_CHALOUH@AZZUREHOME.COM |
| BANC FIRST | ATTN TARA DEAVOURS | | TARA.DEAVOURS@BANFIRST.BANK |
| BANK OF AMERICA | ATTN SUNIL VARGHESE | | SUNIL.VARGHESE@BAML.COM |
| BAREFOOT DREAMS, INC | ATTN: BANKRUPTCY AND LEGAL DEPARTMENTS | | HELP@BAREFOOTDREAMS.COM |
| BLUE SKY | ATTN: KEN KING | | KEN@BLUESKYCLAYWORKS.COM |
| BROOKFIELD PROPERTIES RETAIL, INC. | ATTN: KRISTEN N. PATE | | BK@BPRETAIL.COM |
| CHASE | ATTN JENNIFER BISHOP | | JENNIFER.BISHOP@JPMORGAN.COM |
| CITIZENS BANK | ATTN LISA FINN | | LISA.FINN@CITIZENSBANK.COM |
| CITY OF EL PASO, BEXAR COUNTY, ECTOR CAD | C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DON STECKER | SANANTONIO.BANKRUPTCY@LGBS.COM |
| CITY OF GARLAND, GARLAND ISD, CARROLLTON-FARMERS BRANCH ISD, PLANO ISD, FRISCO ISD | C/O PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: LINDA D. REECE | LREECE@PBFCM.COM |
| COUNSEL FOR THE ABL AGENT | C/O CHOATE, HALL & STEWART LLP | ATTN: KEVIN J. SIMARD AND JONATHAN D. MARSHALL | KSIMARD@CHOATE.COM JMARSHALL@CHOATE.COM |
| COUNSEL FOR THE AD HOC GROUP | C/O KIRKLAND & ELLIS LLP | ATTN: RYAN BLAINE BENNETT, P.C. AND PATRICIA WALSH LOUREIRO | RBENNETT@KIRKLAND.COM PATRICIA.WALSH@KIRKLAND.COM |
| COUNSEL FOR THE DIP AGENT | C/O POLSINELLI, P.C. | ATTN: LIZ BOYDSTON | LBOYDSTON@POLSINELLI.COM |
| CRYSTAL ART OF FLORIDA INC | ATTN: ELENA MENDEZ | | ELENAM@CRYSTALARTGALLERY.COM |
| DISTRICT OF COLUMBIA | OFFICE OF THE ATTORNEY GENERAL | | OAG@DC.GOV |
| DYNAMIC RUGS | ATTN: MATTHEW ROUHANIAN | | MATTHEW@DYNAMICRUGS.COM |
| ENCHANTE ACCESSORIES, INC. | ATTN: WILLIE GOLFIN | | WILIEG@ENCH.COM |
| FIFTH THIRD BANK | ATTN STACI LIVENDALE | | STACI.LIVENDALE@53.COM |
| GODIVA CHOCOLATIER, INC | ATTN: JOE FLORES | | JOE.FLORES@GODIVA.COM |
| GORDON BROTHERS RETAIL PARTNERS, LLC | | | SFOX@RIEMERLAW.COM |
| HARRY & DAVID | ATTN: ERIK SCHENDEL | | ESCHENDEL@HARRYANDDAVID.COM |
| HDS TRADING CORP | ATTN: VICTOR GUINDI | | VICTOR@HDSTRADING.COM |
| HIGHLAND PARK ISD, CROWLEY ISD, GRAPEVINE-COLLEYVILLE ISD, CITY OF BURLESON, BURLESON ISD, JOHNSON COUNTY | C/O PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: EBONEY COBB | EMCCAIN@PBFCM.COM |

In re: Tuesday Morning Corporation, et al.
Case No. 23-90001 (ELM)

**STRETTO**

Exhibit B
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| HOME ESSENTIALS AND BEYOND INC | ATTN: LOUELDA SANTOS | | LSANTOS@HOMEESS.COM |
| HOMEVIEW DESIGN INC | ATTN: EDMUND TONG | | EDMUND@HOMEVIEWDESIGN.COM |
| HOOD CAD, TOM GREEN CAD, GRAYSON COUNTY, ALLEN ISD, DALLAS COUNTY, PARKER CAD, TARRANT COUNTY, ROCKWALL CAD, GREGG COUNTY, CITY OF ALLEN, IRVING ISD, SMITH COUNTY, ELLIS COUNTY, NORTHWEST ISD, CITY OF FRISCO, LEWSVILLE ISD | C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN KENDRICK TURNER | DALLAS.BANKRUPTCY@LGBS.COM |
| INVICTUS GLOBAL MANAGEMENT, LLC | C/O POLSINELLI PC | ATTN: CARYN E. WANG, ASHLEY D. CHAMPION | CEWANG@POLSINELLI.COM ACHAMPOIN@POLSINELLI.COM |
| INVICTUS GLOBAL MANAGEMENT, LLC | C/O POLSINELLI PC | ATTN: LIZ BOYDSTON | LBOYDSTON@POLSINELLI.COM |
| K HALL STUDIO, LLC | ATTN: SCOTT MILLER | | INFO@KHALLSTUDIO.COM SCOTTMILLER@KHALLSTUDIO.COM |
| KIMCO REALTY CORPORATION | c/o SINGER & LEVICK, P.C. | ATTN: MICHELLE E. SHRIRO, ESQ. | MSHRIRO@SINGERLEVICK.COM |
| L R RESOURCES INC | ATTN: FORAM PATEL | | FORAM@LRRESOURCES.COM |
| LIFETIME BRANDS INC | ATTN: JULIE RODRIGUEZ | | JULIE.RODRIGUEZ@LIFETIMEBRANDS.COM |
| LOLOI RUGS | ATTN: JT LAGRANGE | | JLAGRANGE@LOLOIRUGS.COM |
| LUBBOCK CENTRAL APPRAISAL DISTRICT MIDLAND COUNTY | C/O PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: LAURA J. MONROE | LMBKR@PBFCM.COM |
| MI9 | ATTN: ALAN NEMETH | | ANEMETH@MI9RETAIL.COM |
| MICHEL DESIGN WORKS | ATTN: STUART TELLER | | STELLAR@MICHELDESIGNWORKS.COM |
| MJC CONFECTIONS LLC/DBA HAMPTON POPCORN | ATTN: MATTHEW SILBESTEIN | | MATT@HAMPTONPOPCORN.COM |
| MODE TRANSPORTATION LLC | ATTN: RICHARD ROSSI | | RICHARD.ROSSI@MODETRANSPORTATION.COM |
| ORIENTAL WEAVERS, USA | ATTN: JONATHAN WITT | | BKILGORE@OWRUGS.COM |
| PARKER CENTRAL PLAZA, LTD. | C/O GRAY REED | ATTN: MICHAEL W. BISHOP, AMBER M. CARSON | MBISHOP@GRAYREED.COM ACARSON@GRAYREED.COM |
| PNC BANK | ATTN AMY CARENZA AND RUBY DANOS | | AMY.CARENZA@PNC.COM |
| REGIONS | ATTN ROSS MILLER | | ROSS.MILLER@REGIONS.COM |
| RICARDO BEVERLY HILLS INC | ATTN: NICKI ABBOTT | | NABBOTT@RICARDOBEVERLYHILLS.COM |
| SAM SALEM & SON | ATTN: JESSE SALEM | | JESSE@SAMSALEMSON.COM |
| SAMSONITE CORP | ATTN: JAMES B. REGO | | JAMES.REGO@SAMSONITE.COM |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: LARA SHALOV MEHRABAN | | NYROBANKRUPTCY@SEC.GOV |
| ST JAMES HOME INC | ATTN: JIAN TAO | | TAO07470@AOL.COM |
| STATE OF ALABAMA | OFFICE OF THE ATTORNEY GENERAL | | CONSUMERINTEREST@ALABAMAAG.GOV |
| STATE OF ALASKA | OFFICE OF THE ATTORNEY GENERAL | | ATTORNEY.GENERAL@ALASKA.GOV |
| STATE OF ARIZONA | OFFICE OF THE ATTORNEY GENERAL | | AGINFO@AZAG.GOV |

In re: Tuesday Morning Corporation, et al.
Case No. 23-90001 (ELM)



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| STATE OF CALIFORNIA | OFFICE OF THE ATTORNEY GENERAL | | XAVIER.BECERRA@DOJ.CA.GOV |
| STATE OF COLORADO | OFFICE OF THE ATTORNEY GENERAL | | CORA.REQUEST@COAG.GOV |
| STATE OF CONNECTICUT | OFFICE OF THE ATTORNEY GENERAL | | ATTORNEY.GENERAL@CT.GOV |
| STATE OF DELAWARE | DEPARTMENT OF JUSTICE | | ATTORNEY.GENERAL@STATE.DE.US |
| STATE OF FLORIDA | OFFICE OF THE ATTORNEY GENERAL | | ASHLEY.MOODY@MYFLORIDALEGAL.COM |
| STATE OF HAWAII | OFFICE OF THE ATTORNEY GENERAL | | HAWAIIAG@HAWAII.GOV |
| STATE OF IDAHO | OFFICE OF THE ATTORNEY GENERAL | | LAWRENCE.WASDEN@AG.IDAHO.GOV |
| STATE OF ILLINOIS | OFFICE OF THE ATTORNEY GENERAL | | INFO@LISAMADIGAN.ORG |
| STATE OF IOWA | OFFICE OF THE ATTORNEY GENERAL | | CONSUMER@AG.IOWA.GOV |
| STATE OF KANSAS | OFFICE OF THE ATTORNEY GENERAL | | DEREK.SCHMIDT@AG.KS.GOV |
| STATE OF KENTUCKY | OFFICE OF THE ATTORNEY GENERAL | | KYOAGOR@KY.GOV |
| STATE OF LOUISIANA | OFFICE OF THE ATTORNEY GENERAL | | CONSTITUENTSERVICES@AG.LOUISIANA.GOV |
| STATE OF MARYLAND | OFFICE OF THE ATTORNEY GENERAL | | OAG@OAG.STATE.MD.US |
| STATE OF MASSACHUSETTS | OFFICE OF THE ATTORNEY GENERAL | | AGO@STATE.MA.US |
| STATE OF MICHIGAN | OFFICE OF THE ATTORNEY GENERAL | | MIAG@MICHIGAN.GOV |
| STATE OF MINNESOTA | OFFICE OF THE ATTORNEY GENERAL | | ATTORNEY.GENERAL@AG.STATE.MN.US |
| STATE OF MISSOURI | OFFICE OF THE ATTORNEY GENERAL | | CONSUMER.HELP@AGO.MO.GOV |
| STATE OF NEW HAMPSHIRE | OFFICE OF THE ATTORNEY GENERAL | NH DEPARTMENT OF JUSTICE | ATTORNEYGENERAL@DOJ.NH.GOV |
| STATE OF NEW MEXICO | OFFICE OF THE ATTORNEY GENERAL | | HBALDERAS@NMAG.GOV |
| STATE OF NORTH DAKOTA | OFFICE OF THE ATTORNEY GENERAL | | NDAG@ND.GOV |
| STATE OF OKLAHOMA | OFFICE OF THE ATTORNEY GENERAL | | QUESTIONS@OAG.OK.GOV |
| STATE OF OREGON | OFFICE OF THE ATTORNEY GENERAL | | ELLEN.ROSENBLUM@DOG.STATE.OR.US |
| STATE OF UTAH | OFFICE OF THE ATTORNEY GENERAL | | UAG@UTAH.GOV |
| STATE OF VERMONT | OFFICE OF THE ATTORNEY GENERAL | | AGO.INFO@VERMONT.GOV |
| STATE OF VIRGINIA | OFFICE OF THE ATTORNEY GENERAL | | MAIL@OAG.STATE.VA.US |
| STATE OF WEST VIRGINIA | OFFICE OF THE ATTORNEY GENERAL | | CONSUMER@WVAGO.GOV |
| STYLECRAFT HOME COLLECTION INC | ATTN: ANGELA D MONAGHAN | | AMONAGHAN@STYLECRAFT-US.COM |
| SURYA CARPET, INC | ATTN: SURYA TIWARI | | INFO@SURYA.COM |
| TENSILE CAPITAL MANAGEMENT LP | C/O KIRKLAND & ELLIS LLP | ATTN: RYAN BLAINE BENNETT, P.C., PATRICIA WALSH LOUREIRO | RBENNETT@KIRKLAND.COM PATRICIA.WALSH@KIRKLAND.COM |
| TRADE LINES INC | ATTN: SUDARSHAN UPPULURI | | SUDARSHAN@TLI.COM |
| TRAMONTINA USA, INC. | ATTN: MARCOS NEVES | | ACCOUNTSRECEIVABLE@TRAMONTINA-USA.COM |
| TRAVIS COUNTY | ATTN: DELIA GARZA, JASON A. STARKS | | JASON.STARKS@TRAVISCOUNTYTX.GOV |
| TRUIST | ATTN JANET WHEELER | | JANET.WHEELER@BBANDT.COM |
| TURKO TEXTILE LLC. | ATTN: NURI EMRE ARAZ | | NURI@ENCHANTEHOME.COM |
| TYLER INDEPENDENT SCHOOL DISTRICT | C/O PERDUE BRANDON FIELDER COLLINS & MOTT, LLP | ATTN: MEME L. THOMAS | MTHOMAS@PBFCM.COM TYLBKC@PBFCM.COM |
| UMA ENTERPRISES, INC | ATTN: YVONNE FONG | | YVONNE@UMAINC.COM |
| US BANK | ATTN LORRAINE DIRKS | | LORRAINE.DIRKS@USBANK.COM |
| WELLS FARGO | ATTN GINGER GIDDEN-WEINZIERL | | GINGER.GIDDEN@WELLSFARGO.COM |

In re: Tuesday Morning Corporation, et al.
Case No. 23-90001 (ELM)

Page 3 of 4



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION | C/O CHOATE, HALL & STEWART LLP | ATTN: KEVIN J. SIMARD, JONATHAN D. MARSHALL, JEAN-PAUL JAILLET, JACOB S. LANG | KSIMARD@CHOATE.COM JMARSHALL@CHOATE.COM JJAILLET@CHOATE.COM JSLANG@CHOATE.COM |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | C/O WINSTEAD PC | ATTN: PHILLIP LAMBERSON, ANNMARIE CHIARELLO | PLAMBERSON@WINSTEAD.COM ACHIARELLO@WINSTEAD.COM |
| YMF CARPET INC | ATTN: KELLY ADDESSI | | KADDESSI@YMFINC.COM |