**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Tuesday Morning Corporation, *et al.*,[1] | § | Case No. 23-90001 |
| | § | |
| Debtors. | § | Jointly Administered |

## NOTICE OF RESCHEDULED AUCTION

**PLEASE TAKE NOTICE** that on February 24, 2023, the above-captioned debtors and debtors in possession (the "**Debtors**") filed a motion (the "**Bid Procedures and Sale Motion**") with the United States Bankruptcy Court for the Northern District of Texas (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that on March 20, 2023, the Bankruptcy Court entered an order [Docket No. 558] (the "**Bid Procedures Order**"), which set key dates, times and procedures related to the Sale (the "**Sale**") of certain of the Debtors' assets pursuant to an auction (the "**Auction**"), which Auction is currently scheduled to occur on April 12, 2023, at 10:00 a.m. (CT).

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Bid Procedures Order, the Debtors have made the determination to reschedule the Auction. The rescheduled Auction will take place on **April 19, 2023 at 10:00 a.m. Central Time** at the offices of Munsch Hardt Kopf & Harr P.C., 500 N. Akard St., Ste. 3800, Dallas, TX 75201. Attendance at the Auction is limited to those persons permitted to attend under the Bid Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that the Sale hearing currently scheduled for April 18, 2023 at 9:30 a.m. (CT) will be rescheduled to a later date and other unexpired objection deadlines under the Bid Procedures will be reset. A separate notice will be filed and served on the appropriate recipients once more information is available.

**PLEASE TAKE FURTHER NOTICE** that copies of the Bid Procedures and Sale Motion, the Bid Procedures, and the Bid Procedures Order, as well as all related exhibits, including the proposed Sale Order, are available: (a) upon request from the Proposed Counsel for Debtors, Munsch Hardt Kopf & Harr, P.C.; Attn: Conor P. White: cwhite@munsch.com; (b) for free from the website of the Debtors' noticing agent, Stretto, https://cases.stretto.com/tuesdaymorning/, and (c) for a fee via PACER.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Tuesday Morning Corporation (8532) ("TM Corp."); TMI Holdings, Inc. (6658) ("TMI Holdings"); Tuesday Morning, Inc. (2994) ("TMI"); Friday Morning, LLC (3440) ("FM LLC"); Days of the Week, Inc. (4231) ("DOTW"); Nights of the Week, Inc. (7141) ("NOTW"); and Tuesday Morning Partners, Ltd. (4232) ("TMP"). The location of the Debtors' service address is 6250 LBJ Freeway, Dallas, Texas 75240.

RESPECTFULLY SUBMITTED this 11th day of April, 2023.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Deborah M. Perry*
    Deborah M. Perry
    State Bar No. 24002755
    Kevin M. Lippman
    State Bar No. 00784479
    Julian P. Vasek
    State Bar No. 24070790
    500 N. Akard St., Ste. 3800
    Dallas, TX 75201
    Telephone: 214.855.7500
    Facsimile: 214.855.7584
    Email: dperry@munsch.com
    Email: klippman@munsch.com
    Email: jvasek@munsch.com

**ATTORNEYS FOR THE DEBTORS**