

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed April 17, 2023

_____
**United States Bankruptcy Judge**
_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Tuesday Morning Corporation, *et al.*,[1] | § | Case No. 23-90001 |
| | § | |
| Debtors. | § | Jointly Administered |

**SUPPLEMENTAL ORDER MODIFYING CERTAIN DEADLINES IN ORDER (I) APPROVING BID PROCEDURES IN CONNECTION WITH THE POTENTIAL SALE OF CERTAIN OF THE DEBTORS' ASSETS, (II) SCHEDULING AN AUCTION AND A SALE HEARING, (III) APPROVING THE FORM AND MANNER OF NOTICE THEREOF, (IV) AUTHORIZING THE DEBTORS TO DESIGNATE A STALKING HORSE PURCHASER, (V) APPROVING PROCEDURES FOR THE ASSUMPTION AND ASSIGNMENT OF CONTRACTS AND LEASES, AND <u>(VI) GRANTING RELATED RELIEF</u>**

On March 20, 2023, the Court entered the *Order Modifying Certain Deadlines in Order (I) Approving Bid Procedures in Connection With the Potential Sale of Certain of the Debtors' Assets, (II) Scheduling an Auction and a Sale Hearing, (III) Approving the Form and Manner of Notice*

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Tuesday Morning Corporation (8532) ("TM Corp."); TMI Holdings, Inc. (6658) ("TMI Holdings"); Tuesday Morning, Inc. (2994) ("TMI"); Friday Morning, LLC (3440) ("FM LLC"); Days of the Week, Inc. (4231) ("DOTW"); Nights of the Week, Inc. (7141) ("NOTW"); and Tuesday Morning Partners, Ltd. (4232) ("TMP"). The location of the Debtors' service address is 6250 LBJ Freeway, Dallas, Texas 75240.

*Thereof, (IV) Authorizing the Debtors to Designate a Stalking Horse Purchaser, (V) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (VI) Granting Related Relief* [Docket No. 558] (the "Bid Procedures Order") which among other relief set certain deadlines in connection with the Bid Procedures.[1]

On April 11, 2023, the Debtors filed the *Notice of Rescheduled Auction* [Docket No. 830] (the "Reset Auction Notice") rescheduling the Auction to April 19, 2023 at 10:00 a.m. (CT). As of the filing of the Reset Auction Notice there were certain unexpired deadlines under the Bid Procedures Order.

On April 13, 2023, the Court held a status conference to discuss among other matters resetting certain unexpired deadlines under the Bid Procedures Order in connection with the rescheduling of the Auction to April 19, 2023.

Accordingly, it is hereby ORDERED that:

1. In the event the Auction is held on April 19, 2023, then no later than **April 20, 2023**, the Debtors shall file and serve a notice identifying the Successful Bidder and Backup Bidder, if any, at the Auction.

2. Following the Auction, and no later than **April 20, 2023**, the Debtors shall file with the Court and serve on the Contract Counterparties who are parties to a Contract to be assumed and assigned a further notice substantially in the form attached as Exhibit 4 to the Bid Procedures Order (the "**Assumption Notice**"), stating which Contracts may be assumed and assigned to the Successful Bidder.

---

[2] To the extent not defined in this Order, all defined terms shall have the meanings ascribed to them in the Bid Procedures Order.

4895-5717-6925v.1 021701.00001

3. Objections, if any, to the identity of the Successful Bidder and Backup Bidder or such Successful Bidder's and Backup Bidder's proposed adequate assurance of future performance (but not Cure Amount, objections to which must have been made by the Contract Objection Deadline, which deadline was April 7, 2023 at 4:00 p.m. (prevailing Central Time) and has already passed) (each, a "**Limited Contract Objection**") **must** (i) be in writing, (ii) comply with the applicable provisions of the Bankruptcy Rules and the Local Rules, and (iii) state with specificity the nature of the objection and include any applicable and appropriate documentation in support thereof, and (iv) be filed with the Bankruptcy Court and served on the following parties so as to be actually received on or before (a) **April 24, 2023, at 4:00 p.m. (prevailing Central Time)** if adequate assurance information was available and provided on or before April 14, 2023 to parties who requested same in compliance with the Bid Procedures Order, or (b) **April 26, 2023 at 4:00 p.m. (prevailing Central Time)** solely in connection with adequate assurance information of a bidder that is provided after April 14, 2023 to parties who requested same in compliance with the Bid Procedures Order, and in connection with this subsection (b) a basis for objection may be inadequate time to evaluate the adequate assurance information (the **"Limited Contract Objection Deadline"**): (i) (a) Counsel for Debtors, Munsch Hardt Kopf & Harr, P.C., Attn: Deborah M. Perry, dperry@munsch.com; Kevin M. Lippman, klippman@munsch.com; Julian P. Vasek, jvasek@munsch.com and (b) Special Counsel to the Debtors, Phelan Law, Attn: Robin Phelan, robin@phelanlaw.com; (ii) Debtors' Investment Bankers, Piper Sandler, Attn: Dustin Mondell, dustin.mondell@psc.com; (iii) The Office of the United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-1699; Attn: Erin Schmidt, Erin.Schmidt@usdoj.gov; and (iv) Counsel to the Committee, (a) Lowenstein Sandler LLP, Attn: Jeffrey Cohen, jcohen@lowenstein.com; Eric Chafetz, echafetz@lowenstein.com and Brent Weisenberg,

4895-5717-6925v.1 021701.00001

bweisenberg@lowenstein.com and (b) Fox Rothschild, Attn: Trey Monsour: tmonsour@foxrothschild.com.

4. Excluding Contract Objections and Limited Contract Objections which are subject to the limitations set forth above and in the Bid Procedures Order, other objections, if any, to the relief requested in the Motion relating to the Sale of Assets to the Successful Bidder (each, a "**Sale Objection**") must: (i) be in writing, (ii) comply with the Bankruptcy Rules and the Local Rules, (iii) be filed with the Court, and (iv) be served so it is actually received no later than **4:00 p.m. (prevailing Central Time) on April 21, 2023**, by (i) (a) Counsel for Debtors, Munsch Hardt Kopf & Harr, P.C., Attn: Deborah M. Perry, dperry@munsch.com; Kevin M. Lippman, klippman@munsch.com; Julian P. Vasek, jvasek@munsch.com and (b) Special Counsel to the Debtors, Phelan Law, Attn: Robin Phelan, robin@phelanlaw.com; (ii) Debtors' Investment Bankers, Piper Sandler, Attn: Dustin Mondell, dustin.mondell@psc.com; (iii) The Office of the United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-1699; Attn: Erin Schmidt, Erin.Schmidt@usdoj.gov; and (iv) Counsel to the Committee, (a) Lowenstein Sandler LLP, Attn: Jeffrey Cohen, jcohen@lowenstein.com; Eric Chafetz, echafetz@lowenstein.com and Brent Weisenberg, bweisenberg@lowenstein.com and (b) Fox Rothschild, Attn: Trey Monsour: tmonsour@foxrothschild.com.

5. The Sale Hearing will be conducted on **April 27, 2023 at 1:30 p.m. (prevailing Central Time) in Room 204, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas 76102**. The Sale Hearing may be adjourned from time to time without further notice other than such announcement being made in open court or a notice of adjournment filed on the Court's docket.

6. No other dates in the Bid Procedures Order are modified and all other provisions of the Bid Procedures Order remain in effect.

7. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**# # # END OF ORDER # ##**

4895-5717-6925v.1 021701.00001