**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Tuesday Morning Corporation, *et al.*,[1] | § | Case No. 23-90001 |
| | § | |
| Debtors. | § | Jointly Administered |

**NOTICE OF SUCCESSFUL BIDDER WITH RESPECT
TO THE SALE OF CERTAIN OF THE ASSETS OF THE DEBTORS**

      **PLEASE TAKE NOTICE** that on February 14, 2023, the above-captioned debtors and debtors in possession (the "**Debtors**") filed for relief pursuant to chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Northern District of Texas (the "**Bankruptcy Court**"), and on February 24, 2023, filed a motion (the "**Sale Motion**")[2] to sell certain of their assets (the "**Assets**") free and clear of all liens, claims, encumbrances, and other interests (the "**Sale**").[3]

      **PLEASE TAKE FURTHER NOTICE** that the Debtors solicited offers for the purchase of the Assets of the Debtors consistent with the bid procedures (the "**Bid Procedures**") approved by the Court by the entry of an order on March 20, 2023 (the "**Bid Procedures Order**")[4] and a supplemental bid procedures order (the "**Supplemental Bid Procedures Order**").[5]

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Tuesday Morning Corporation (8532) ("TM Corp."); TMI Holdings, Inc. (6658) ("TMI Holdings"); Tuesday Morning, Inc. (2994) ("TMI"); Friday Morning, LLC (3440) ("FM LLC"); Days of the Week, Inc. (4231) ("DOTW"); Nights of the Week, Inc. (7141) ("NOTW"); and Tuesday Morning Partners, Ltd. (4232) ("TMP"). The location of the Debtors' service address is 6250 LBJ Freeway, Dallas, Texas 75240.

[2] *Motion of Debtors for Entry of (I) an Order (A) Approving Bid Procedures in Connection with the Potential Sale of Certain of the Debtors' Assets, (B) Scheduling an Auction and Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing the Debtors to Designate a Stalking Horse Purchaser (E) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (F) Granting Related Relief; and (II) an Order (A) Approving the Sale of Certain of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief* [Docket No. 271]

[3] Capitalized terms used as defined terms but not defined herein shall have all the meanings ascribed to them in the Sale Motion.

[4] *Order (I) Approving Bid Procedures in Connection with the Potential Sale of Certain of the Debtors' Assets, (II) Scheduling an Auction and Sale Hearing, (III) Approving the Form and Manner of Notice Thereof, (IV) Authorizing the Debtors to Designate a Stalking Horse Purchaser, (V) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (VI) Granting Related Relief* [Docket No. 558].

[5] *Supplemental Order Modifying Certain Deadlines in Order (I) Approving Bid Procedures in Connection with the Potential Sale of Certain of the Debtors' Assets, (II) Scheduling an Auction and Sale Hearing, (III) Approving the Form and Manner of Notice Thereof, (IV) Authorizing the Debtors to Designate a Stalking Horse Purchaser, (V) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (VI) Granting Related Relief* [Docket No. 886]

4856-6925-3214v.1 021701.00001

**PLEASE TAKE FURTHER NOTICE** that, on April 19-20, 2023, the Debtors conducted an Auction pursuant to the Bid Procedures, the Bid Procedures Order, and the Supplemental Bid Procedures Order with respect to the Assets.

**PLEASE TAKE FURTHER NOTICE** that, at the conclusion of the Auction, the Debtors, in consultation with their professionals and the Consultation Parties (except to the extent a Consultation Party was also a bidder), selected the following Successful Bidder: **Hilco Merchant Resources, LLC**

**PLEASE TAKE FURTHER NOTICE** that, as set forth in the Bid Procedures Order and the Supplemental Bid Procedures Order, excluding Contract Objections and Limited Contract Objections which are subject to the limitations set forth above and in the Bid Procedures Order and Supplemental Bid Procedures Order, other objections, if any, to the relief requested in the Motion relating to the Sale of Assets to the Successful Bidder must: (i) be in writing, (ii) comply with the Bankruptcy Rules and the Local Rules, (iii) be filed with the Court, and (iv) be served so they are actually received no later than **4:00 p.m. (prevailing Central Time) on April 21, 2023**, by (i) (a) Counsel for Debtors, Munsch Hardt Kopf & Harr, P.C., Attn: Deborah M. Perry, dperry@munsch.com; Kevin M. Lippman, klippman@munsch.com; Julian P. Vasek, jvasek@munsch.com and (b) Special Counsel to the Debtors, Phelan Law, Attn: Robin Phelan, robin@phelanlaw.com; (ii) Debtors' Investment Bankers, Piper Sandler, Attn: Dustin Mondell, dustin.mondell@psc.com; (iii) The Office of the United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-1699; Attn: Erin Schmidt, Erin.Schmidt@usdoj.gov; and (iv) Counsel to the Committee, (a) Lowenstein Sandler LLP, Attn: Jeffrey Cohen, jcohen@lowenstein.com; Eric Chafetz, echafetz@lowenstein.com and Brent Weisenberg, bweisenberg@lowenstein.com and (b) Fox Rothschild, Attn: Trey Monsour: tmonsour@foxrothschild.com.

**PLEASE TAKE FURTHER NOTICE** that the Successful Bidder has indicated that it does not presently intend to take assumption and assignment of any Contracts at the Sale Hearing. The Asset Purchase Agreement of the Successful Bidder contemplates a Designation Rights Period for a period commencing on the Closing Date and ending at 11:59 pm Eastern Time on the date that is 60 days thereafter. Accordingly, the Debtors are not filing an Assumption Notice at this time, as referenced in paragraph 25 of the Bid Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing will be conducted on **April 27, 2023 at 1:30 p.m. (prevailing Central Time) in Room 204, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas 76102**. The Sale Hearing may be adjourned from time to time without further notice other than such announcement being made in open court or a notice of adjournment filed on the Court's docket.

**PLEASE TAKE FURTHER NOTICE** that copies of the Sale Motion, the Bid Procedures, and the Bid Procedures Order, as well as all related exhibits, including the proposed Sale Order, are available: (a) upon request from the Proposed Counsel for Debtors, Munsch Hardt Kopf & Harr, P.C.; Attn: Conor White: cwhite@munsch.com; (b) for free from the website of the

Debtors' noticing agent, Stretto, https://cases.stretto.com/tuesdaymorning/, and (c) for a fee via PACER.

RESPECTFULLY SUBMITTED this 20th day of April, 2023.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Deborah M. Perry*

Deborah M. Perry
State Bar No. 24002755
Kevin M. Lippman
State Bar No. 00784479
Julian P. Vasek
State Bar No. 24070790
**MUNSCH HARDT KOPF & HARR P.C.**
500 N. Akard St., Ste. 3800
Dallas, TX 75201
Telephone: 214.855.7500
Facsimile: 214.855.7584
Email: dperry@munsch.com
Email: klippman@munsch.com
Email: jvasek@munsch.com

**ATTORNEYS FOR THE DEBTORS**

and

Robin Phelan
State Bar No. 15903000
**PHELAN LAW**
4214 Woodfin Drive
Dallas, TX 75220
Telephone: 214.704.0222
Email: robin@phelanlaw.com

**SPECIAL COUNSEL TO THE DEBTORS**

4856-6925-3214v.1 021701.00001